UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX CASTRO,

                    Plaintiff(s)

        -against-

SMITH AND EDWARDS COMPANY,
                    Defendant(s).
------------------------------------------------------------X

23 civ 6543 (JGK)

## ORDER

The parties shall submit a 26(f) statement by December 22, 2023.

The conference scheduled for November 21, 2023 is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        November 16, 2023